UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Ruben Dario Nunez**<br>       Docket Number:  0972 1:15CR00312-001<br>       <u>**PERMISSION TO TRAVEL**</u><br>       <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Ruben Dario Nunez is requesting permission to travel to Mexicali, Baja California, Mexico. Ruben Dario Nunez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 19, 2007, Ruben Dario Nunez was sentenced in the District of Nebraska for the offense(s) of 21:841(a)(1) and (b)(1) and 18:2 – Possess with Intent to Distribute Heroin (Class A Felony.)  On November 6, 2015, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:**  135 months custody, 5 years Supervised release, $100 Special assessment

**Dates and Mode of Travel:**  November 23, 2016, to November 28, 2016; Driving own personal vehicle.

**Purpose:**  Visit father who he has not seen since May 2007.

1

**RE:  Ruben Dario Nunez**
   **Docket Number:  0972 1:15CR00312-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:   October 13, 2016
         Fresno, California
         TDM/rmv

                              /s/ Brian J. Bedrosian
**REVIEWED BY:**      **BRIAN J. BEDROSIAN**
                     **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

IT IS SO ORDERED.

Dated:   October 18, 2016                _____
                                          SENIOR  DISTRICT  JUDGE