UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | RE: Ruben Dario Nunez<br>Docket Number: 0972 1:15CR00312-001<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Ruben Dario Nunez is requesting permission to travel to Mexicali, Baja California, Mexico. Ruben Dario Nunez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 19, 2007, Ruben Dario Nunez was sentenced in the District of Nebraska for the offense(s) of 21:841(a)(1) and (b)(1) and 18:2 – Possess With Intent to Distribute Heroin (Class A Felony). On November 6, 2015, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:** 135 months Custody, 5 years Supervised Release, $100 Special Assessment

**Dates and Mode of Travel:** May 27, 2017, through May 29, 2017. Will be driving own personal vehicle, Volkswagen – Passat; License Plate No. 6XJE411.

**Purpose:** To visit father who cannot enter the United States.

1

REV. 06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:   Ruben Dario Nunez**
     **Docket Number:  0972 1:15CR00312-001**
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated:   April 27, 2017
         Fresno, California
         TDM/rmv

           /s/ Brian J. Bedrosian
**REVIEWED BY:     BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  May 2, 2017                      _____
                                          SENIOR DISTRICT JUDGE