UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE: Ruben Dario Nunez
Senior United States District Judge  Docket Number: 0972 1:15CR00312-001
Fresno, California  **PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Ruben Dario Nunez is requesting permission to travel to Mexicali, Baja California, Mexico. Ruben Dario Nunez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 19, 2007, Ruben Dario Nunez was sentenced in the District of Nebraska for the offense(s) of 21 USC 841(a)(1) and (b)(1) and 18 USC 2 – Possess With Intent to Distribute Heroin (Class A Felony). On November 6, 2015, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:** 135 months Custody, 5 years Supervised Release, $100 Special Assessment

**Dates and Mode of Travel:** October 13, 2017, through October 16, 2017. Will be driving personal vehicle, Volkswagen – Passat; License Plate No. 6XJE411.

**Purpose:** To visit father who cannot enter the United States.

**RE: Ruben Dario Nunez
Docket Number: 0972 1:15CR00312-001
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer


Dated: September 20, 2017
Fresno, California
TDM/rmv

/s/ Brian J. Bedrosian
**REVIEWED BY: BRIAN J. BEDROSIAN
Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

Dated: September 22, 2017           _____
                                    SENIOR DISTRICT JUDGE

2